In the Matter of EFEF ASSOCIATES, INC., Appellant, against JOSEPH D. McGOLDRICK, as State Rent Administrator and Constituting the Temporary State Housing Rent Commission, Respondent, and TENANTS COMMITTEE OF 90 RIVERSIDE DRIVE, Intervener, Respondent.— The State Rent Administrator was justified in this case in holding that the rent increase was obtained under circumstances and upon representations which amounted to an undertaking by the landlord that the service of elevator operators would be maintained as long as the increase was in effect. (State Residential Rent Law, § 4, subd. 4, par. [d]; L. 1946, ch. 274, as amd.) If the landlord desires to be relieved of the obligation of maintaining manual operators on the self-service elevators, an appropriate application may be made to the Rent Administrator, who may then make such order as is appropriate respecting a reduction in rent and the maintenance of other attendants' services. Order unanimously affirmed, with one bill of $20 costs and disbursements to the respondents. Present — Peck, P. J., Dore, Cohn and Callahan, JJ. [See *post,* p. 746.]

BERNARD H. LEFFERTS, Appellant, v. LATIN-AMERICAN COUNCIL OF CHRISTIAN CHURCHES OF NEW YORK, Respondent, et al., Defendants. JOHN FANELLE, as Receiver, Respondent.— Order, so far as appealed from, unanimously affirmed, with one bill of $20 costs and disbursements to the respondents. No opinion. Present — Dore, J. P., Cohn, Van Voorhis and Breitel, JJ. [Order settled receiver's account.]

BERNARD H. LEFFERTS, Appellant, v. LATIN-AMERICAN COUNCIL OF CHRISTIAN CHURCHES OF NEW YORK, Respondent, et al., Defendants. JOHN FANELLE, as Receiver, Respondent.— The order appealed from did not impose on plaintiff liability for the judgment, if any, in the negligence action, but only liability for the " costs and expenses " of the receiver in defending the negligence action in his official capacity if the estate is insufficient (cf. Civ. Prac. Act, § 977-c and § 1547-a). On the facts disclosed the order appealed from was proper and is unanimously affirmed, with $20 costs and disbursements to the receiver-respondent. Present — Dore, J. P., Cohn, Van Voorhis and Breitel, JJ. [See *post,* p. 744.]

NATIONAL CONCERT AND ARTISTS CORPORATION, Respondent, v. CROWELL-COLLIER PUBLISHING COMPANY et al., Appellants.— Order unanimously reversed, with $20 costs and disbursements to the appellants, and the motion denied. The items, although numerous and seemingly broad in scope, are actually covered by the pleadings. They are material and necessary in the defense of the lawsuit. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Dore, J. P., Cohn, Van Voorhis and Breitel, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH D. McGOLDRICK, as State Rent Administrator, Respondent, against ANNA ROSEMAN, Appellant.— Order [entered Sept. 19, 1952] unanimously reversed, with $20 costs and disbursements to the appellant, and the application for a temporary injunction denied with direction that the action be tried at the first available date. If the tenant was in possession of an apartment as such, the landlord wrongfully locked